# MISCELLANEOUS SUPREME COURT DISPOSITIONS

## CERTIFIED QUESTIONS, CERTIFIED APPEALS, MANDAMUS PROCEEDINGS, AND OTHER MATTERS

### May 24, 2017

Singleton v. FCA US LLC (S064753). Alternative writ of mandamus issued.